IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: December 19, 2024

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>　　　　　Defendant. | Case No. CIV-24-01323-JD |

**<u>ENTER ORDER:</u>**

　　　This action was filed in this Court on December 18, 2024 [Doc. No. 1]. Plaintiff's counsel of record is Andrew Roman Perrong, whose offices are in Glenside, Pennsylvania. The Local Rules of this Court require non-resident attorneys who do not maintain an office in Oklahoma to associate with local counsel. LCvR83.3(a). Accordingly, counsel for Plaintiff is directed to comply with this rule or move the Court for relief under LCvR83.3(c) no later than January 2, 2025. Failure to comply with this order and the Local Rules may result in the dismissal of this action without prejudice to refiling and without further warning or opportunity to cure.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

　　　　　　　　　　　　　　　　　　　　JOAN KANE, CLERK


　　　　　　　　　　　　　　　　　　By:　*/s/ Regan Popp*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk