# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH LLC<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>5:24-cv-01323-JD<br><br>**COMPLAINT – CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER] GRANTING
## MOTION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that Plaintiff's Motion for Relief from Local Counsel Requirement, pursuant to Local Rule 83.3(c) is GRANTED. Counsel for the Plaintiff is relieved of the requirement to obtain local counsel for this case.

IT IS SO ORDERED:

_____
Hon. Jodi W. Dishman, J.