# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually )
and on behalf of all others similarly situated, )
)
      Plaintiff, )
) Case No. CIV-24-01323-JD
v. )
)
ELEVATE HEALTH, LLC, )
)
      Defendant. )

## ORDER

Before the Court is Plaintiff Kathleen Schweer's Motion for Relief From Local Counsel Requirement ("Motion"). [Doc. No. 4]. Local Civil Rule 83.3(a) states: "[A]ny attorney who is not a resident of, and does not maintain an office in, Oklahoma shall show association with an attorney who is personally appearing in the action and who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this court." Plaintiff Kathleen Schweer seeks relief from this requirement under Local Civil Rule 83.3(c), contending that her attorney is "specially qualified to bring class action suits alleging violations of federal telemarketing law" and has "familiarity with the local civil court rules." Motion at 3.

Under Local Civil Rule 83.3(c), and for good cause shown, the Court GRANTS the Motion and permits Andrew Roman Perrong to appear for Plaintiff without association of local counsel in this action. Mr. Perrong shall promptly file his entry of appearance.

This Order may be vacated, revisited, or modified by the Court at any time.

IT IS SO ORDERED this 27th day of December 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE