# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | : CIVIL ACTION FILE NO. <br> : <br> : 5:24-cv-01323-JD |
| Plaintiff, | : |
| v. | : **COMPLAINT – CLASS ACTION** <br> : |
| ELEVATE HEALTH LLC | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this December 27, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: December 27, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.