UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually
and on behalf of all other similarly
situated,
    *Plaintiff,*

v.

ELEVATE HEALTH LLC,
    *Defendant.*

Case No. 5:24-cv-01323-JD

## ORDER GRANTING ELEVATE HEALTH LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Elevate Health LLC's Unopposed Motion for Extension of Time to Respond to Complaint has come before the Court for consideration. After consideration of the motion, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant's time to respond to Plaintiff's Complaint is extended to February 10, 2025.

_____
UNITED STATES DISTRICT JUDGE

**SIGNED** the \_\_\_\_\_ day of _____, 2025.