UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,**<br>    *Plaintiff,*<br><br>v.<br><br>**ELEVATE HEALTH LLC,**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§ **Case No. 5:24-cv-01323-JD**<br>§<br>§<br>§<br>§ |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Paige C. Jones of the law firm of Phelps Dunbar LLP, respectfully enters her appearance as an additional attorney of record on behalf of Defendant Elevate Health LLC. The undersigned requests that she receive service of all future pleadings, notices, correspondence and other matters which relate to this litigation at the office address and/or email listed in her signature block.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Paige C. Jones*
    Paige C. Jones, OBA No. 32930
    PHELPS DUNBAR LLP
    2102 E. State Hwy. 114, Suite 207
    Southlake, Texas 76092
    Telephone: (817) 488-3134
    Facsimile: (817) 488-3214

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same in the United States mail, certified, return receipt requested, electronically, and/or hand delivery on January 13, 2025.

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Telephone: (215) 225-5529
Facsimile: (888) 329-0305
a@perronglaw.com

                                              /s/ __Paige C. Jones_____