# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| **KATHLEEN SCHWEER** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. CIV-24-1323-JD |
| ) | |
| **ELEVATE HEALTH LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Aaron Donarski, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Elevate Health LLC in St. Tammany Parish, LA on December 19, 2024 at 3:04 pm at 453 South Fairway Drive, Madisonville, LA 70447 by leaving the following documents with Lauren Argulles who as Secretary is authorized by appointment or by law to receive service of process for Elevate Health LLC.

Summons, Complaint, and Civil Cover Sheet

White Female, est. age 35-44, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.4199407,-90.1877836
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Aaron Donarski* |
| __Livingston Parish__ , | Signature |
| __LA__ on __12/24/2024__ . | Aaron Donarski |
| | +1 (218) 686-9868 |
| | 13334 |

