### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: February 7, 2025

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELEVATE HEALTH, LLC, )<br>)<br>Defendant. ) | Case No. CIV-24-01323-JD |

**<u>ENTER ORDER:</u>**

This action was filed in this Court on December 18, 2024 [Doc. No. 1]. Defendant's counsel of record is Paige C. Jones, whose offices are in Southlake, Texas. The Local Rules of this Court require non-resident attorneys who do not maintain an office in Oklahoma to associate with local counsel. LCvR83.3(a). Accordingly, counsel for Defendant is directed to comply with this rule or move the Court for relief under LCvR83.3(c) no later than February 21, 2025.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: */s/ Regan Popp*
Deputy Clerk