## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually    )
and on behalf of all others similarly situated,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. CIV-24-01323-JD
    )
ELEVATE HEALTH, LLC,    )
    )
    Defendant.    )

## **ORDER**

Before the Court is Defendant Elevate Health, LLC's Unopposed Motion for Leave to File Out-of-Time Answer ("Motion"). [Doc. No. 12]. Defendant's deadline to file its answer was January 9, 2025, which was the same date Defendant's counsel was engaged. *See* Motion ¶¶ 2–3; *see also* [Doc. No. 9]. The Motion explains that the day after Defendant's counsel was retained, on January 10, 2025, counsel for Plaintiff agreed to an extension of thirty days of Defendant's deadline to respond to the Complaint. *See* Motion ¶ 5.

Upon its review and consideration of the circumstances presented in the Motion, the Court GRANTS the request. Defendant shall file its answer within one day of the date of this Order, or by **February 11, 2025**. Defendant's answer shall not differ from the one attached to its Motion. [Doc. No. 12-1].

IT IS SO ORDERED this 10th day of February 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE