### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually            )
and on behalf of all others similarly situated,    )
                                                            )
                    Plaintiff,                              )
                                                            )
v.                                                          )        Case No. CIV-24-01323-JD
                                                            )
ELEVATE HEALTH, LLC,                       )
                                                            )
                    Defendant.                          )

### ORDER

A review of the filings in this case reveals that Defendant Elevate Health, LLC has not filed a Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1. These rules require the defendant to identify in its disclosure statement all the LLC's members or partnership's partners, as applicable, and each member's or partner's citizenship. *See* Fed. R. Civ. P. 7.1(a)(2); LCvR7.1.1. The defendant shall provide sufficient information for the Court to assess conflicts of interest.

This Court therefore **ORDERS** Defendant Elevate Health, LLC to file within **7 days** of this Order its Corporate Disclosure Statement, complying with the requirements of the rules and this Order.

IT IS SO ORDERED this 10th of February 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE