# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Jodi W. Dishman
United States Courthouse, Courtroom 502, Oklahoma City, Oklahoma

## NOTICE TO ALL PARTIES AND COUNSEL

1.   The Court **ORDERS** counsel to file the **Joint Status Report and Discovery Plan** (now a single document) by **March 20, 2025**. Please use the form in Appendix II for the parties' Joint Status Report and Discovery Plan. *See* LCvR16.1(a)(1) and Appendix II. If the parties are requesting a specialized scheduling order, the parties must attach the proposed specialized scheduling order as an exhibit to their Joint Status Report and Discovery Plan.

2.   If the parties request the Court's form scheduling order, the Court **DIRECTS** the parties through counsel to contact Courtroom Deputy, Nyssa Vasquez-Morrow, or Judicial Assistant, Carol Ditta, for Judge Dishman's form scheduling order based on the number of months of requested discovery, by **March 20, 2025**. For example, if the parties anticipate requesting five months of discovery, they should ask Ms. Vasquez-Morrow or Ms. Ditta for a copy of this Court's 5-month scheduling order. If the parties anticipate needing a protective order on confidentiality for purposes of discovery in the case, the parties should ask Ms. Vasquez-Morrow or Ms. Ditta for a copy of this Court's preapproved form.

3.   Upon receipt of the Joint Status Report, the Court will issue a scheduling order without a conference. *See* Fed. R. Civ. P. 16(b)(1)(A) (permitting the Court to issue the scheduling order after receiving the parties' report). Should the parties desire a conference at a later date, the parties may file a motion or note the request in either their Joint Status Report or the midway discovery status report required in paragraph 21 of the Court's scheduling order.

4.   In accordance with LCvR83.4, counsel shall file an Entry of Appearance and register with CM/ECF. If an Entry of Appearance for this federal litigation is not filed by **March 20, 2025**, the Court will not accept filings by that counsel.

| **CIV-25-00068-JD**<br>SCHWEER ET AL. V. ELEVATE HEALTH LLC | Andrew Roman Perrong, Esq. |
|---|---|
| | Amy Sherry Fischer, Esq.<br>Paige C. Jones, Esq. |