IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-01323-JD<br>)<br>)<br>)<br>)<br>) |

## ORDER

A review of the filings in this case reveals that the Disclosure Statement filed by Defendant Elevate Health, LLC [Doc. No. 18] is not compliant with Federal Rule of Civil Procedure 7.1(a)(2), Local Civil Rule 7.1.1, or this Court's Order of February 10, 2025 [Doc. No. 14].

Accordingly, [Doc. No. 18] is STRICKEN, and Defendant is ORDERED to refile a compliant disclosure statement within fourteen days, or by March 5, 2025. The Court requires Defendant to comply with Federal Rule 7.1, Local Civil Rule 7.1.1, and the Court's previous order [Doc. No. 14] so that it can properly evaluate this case for conflicts of interest.

IT IS SO ORDERED this 19th of February 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE