# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,**<br>    *Plaintiff,*<br><br>**v.**<br><br>**ELEVATE HEALTH LLC,**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§  Case No. 5:24-cv-01323-JD<br>§<br>§<br>§<br>§<br>§ |

## ELEVATE HEALTH LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, Elevate Health, LLC, in accordance with Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, respectfully submits its Corporate Disclosure Statement, as follows:

Elevate Health, LLC is a Louisiana limited liability company with its principal place of business in Louisiana, whose sole member and manager is Sajeo Arguelles, a Louisiana citizen and resident.

Elevate Health, LLC has no parent company, and there is no publicly traded entity that owns 10% or more of Elevate Health, LLC's stock.

Dated: February 20, 2025.

Respectfully submitted,

**FOLIART, HUFF, OTTAWAY & BOTTOM**

*/s/ Amy Sherry Fischer*

Amy Sherry Fischer-OBA# 16651
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
amyfischer@oklahomacounsel.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone: 215-225-5529
Facsimile 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
a@perronglaw.com

Attorney for Plaintiff

                                                       /s/    *Amy Sherry Fischer*