UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually and on behalf of all other similarly situated    )
)
)
)
)
vs.                                Plaintiff(s)    )   Case No. 5:24-cv-01323-JD
ELEVATE HEALTH LLC                 )
)
)
)
)
                                   Defendant(s)   )

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Errol J. King, Jr.

2. State bar membership number: LA 17649

3. Business address, telephone and fax numbers:
   II City Plaza, 400 ConventionSt., Ste. 1100
   Baton rouge, LA 70802
   Phone: (225) 376-0207
   Fax: (225) 381-9197

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Louisiana Supreme Court, USDC, Middle District of Louisiana, USDC, Western District of Louisiana, USDC, Eastern District of Louisiana, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Third Circuit, Supreme Court of the United States

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes  ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this   13th   day of February 2025

_____
Signature of Applicant

005/rvsd 04-23

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**ERROL J. KING, JR. ESQ., #17649**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 10th Day of October, 1986 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 10th Day of February, 2025, A.D.

*Veronica Odinet Koclanes*
**Clerk of Court**
**Supreme Court of Louisiana**