UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,**<br>         *Plaintiff,*<br><br>v.<br><br>**ELEVATE HEALTH LLC,**<br>         *Defendant.* | §<br>§<br>§<br>§<br>§  Case No. 5:24-cv-01323-JD<br>§<br>§<br>§<br>§ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(g) and LCvR 83.3, Amy Sherry Fischer hereby moves this Court to enter an order admitting Taylor J. Crousillac *pro hac vice* for the purpose of representing Defendant Elevate Health, LLC in this action. In support of this Motion, Ms. Fischer states as follows:

1) As evidenced by the attached Request for Admission Pro Hac Vice ("Exhibit 1"), Mr. Crousillac is a member in good standing of the state bar of Louisiana.

2) Mr. Crousillac has associated with undersigned counsel who is a resident of the State of Oklahoma, who maintains her law office within this State, and who has been duly and regularly admitted to practice in this Court.

WHEREFORE, undersigned counsel respectfully applies for an order admitting Taylor J. Crousillac to practice *pro hac vice* for the purpose of representing Defendant Elevate Health, LLC in this case only.

Respectfully submitted,

**FOLIART, HUFF, OTTAWAY & BOTTOM**

*/s/ Amy Sherry Fischer*

Amy Sherry Fischer-OBA# 16651
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
amyfischer@oklahomacounsel.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same electronically, on February __, 2025.

Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone: 215-225-5529
Facsimile 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
a@perronglaw.com

Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　 /s/    *Amy Sherry Fischer*