IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-01323-JD<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Defendant Elevate Health, LLC's Motions for Admission Pro Hac Vice of Katherine C. Mannino [Doc. No. 21], Errol J. King, Jr. [Doc. No. 22], and Taylor J. Crousillac [Doc. No. 23] (collectively, the "Motions"). The Motions request that the Court admit Katherine C. Mannino, Errol J. King, Jr., and Taylor J. Crousillac to practice before this Court as counsel for Defendant in this action.

The Court **GRANTS** the Motions. Counsel must register to e-file with this Court and electronically file an entry of appearance consistent with LCvR83.2(g) and LCvR83.4. Registration instructions are available on the Court's website.[1] Counsel must follow the local rules of this Court, including but not limited to immediate disclosures to the Court of any suspension, disbarment, or resignation that triggers the application of LCvR83.6(a).

---

[1] https://www.okwd.uscourts.gov/sites/okwd/files/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf

2

IT IS SO ORDERED this 25th day of February 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE