IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually and on behalf of all other similarly situated       )
)
)
)
)
Plaintiff(s),       )
)
v.       )       Case No. 5:24-cv-01323-JD
ELEVATE HEALTH LLC       )
)
)
)
)
Defendant(s)       )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__ , __Elevate Health LLC__ .
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Katherine C. Mannino     03/05/2025
Signature     Date

Katherine C. Mannino
Print Name

Phelps Dunbar LLP
Firm

II City Plaza, 400 Convention St., Ste. 1100
Address

Baton Rouge     LA     70802
City     State     Zip Code

(225) 376-7960
Telephone

katie.mannino@phelps.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on March 5, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Katherine C. Mannino
s/ Attorney Name