## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,**<br>        *Plaintiff,*<br><br>**v.**<br><br>**ELEVATE HEALTH LLC,**<br>        *Defendant.* | **Case No. 5:24-cv-01323-JD** |

### <u>ORDER</u>

Before the Court is the parties' First Joint Motion for Extension of Deadlines to File Motions to Join Parties and Amend Pleadings. The parties request a sixty-day extension of these two deadlines only. Upon review and upon the finding of good cause for the requested relief, the Motion is GRANTED. The deadline for Motions to Join Parties and Amend Pleadings is extended to June 30, 2025.

IT IS SO ORDERED this ___ day of April, 2025.


_____
**Jodi W. Dishman**
**United States District Judge**