# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELEVATE HEALTH, LLC, )<br><br>Defendant. ) | Case No. CIV-24-01323-JD |

## ORDER

Before the Court is the parties' First Joint Motion for Extension of Deadlines to File Motions to Join Parties and Amend Pleadings ("Motion"). [Doc. No. 28]. The Motion seeks to extend the deadlines in the Specialized Scheduling Order [Doc. No. 27] for joining additional parties and amending pleadings by sixty (60) days. Motion at 1. The Motion explains that this request will allow Defendant time to complete its pre-suit diligence about whether to file third-party claims and against whom such claims should be filed. *Id.* at 2–3. According to the Motion, an extension of time would also allow Plaintiff time to decide whether to amend her complaint to bring any third parties into the case directly. *Id.*

For good cause shown, the Court **GRANTS** the Motion. The parties may file any motions to join additional parties or to amend pleadings on or before **June 30, 2025**. Paragraphs 1 and 2 of the Court's Specialized Scheduling Order [Doc. No. 27] are the only amended deadlines; all other deadlines in the scheduling order remain unchanged.

IT IS SO ORDERED this 28th day of April 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE