IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>Defendant. | Case No. CIV-24-01323-JD |

## ORDER

Before the Court is Defendant Elevate Health LLC's Unopposed Motion for Leave to Join Acquity, LLC as a Third-Party Defendant by Way of Third-Party Complaint ("Motion"). [Doc. No. 30]. The Motion seeks leave for Defendant Elevate Health LLC to file a Third-Party Complaint under Federal Rules of Civil Procedure 14(a)(1) and 20(a)(2). The Motion indicates that counsel for Plaintiff is not opposed to the Motion. Motion at 3.

For good cause shown and under Federal Rules of Civil Procedure 14(a)(1) and 20(a)(2), the Court **GRANTS** the Motion. Defendant Elevate Health LLC may file its Third-Party Complaint within seven days of the date of this Order.

The parties shall update the caption following the filing of the Third-Party Complaint.

IT IS SO ORDERED this 30th day of June 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE