## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-24-01323-JD |
| ELEVATE HEALTH, LLC, | ) ) | |
| Defendant. | ) ) | |

### ORDER REFERRING CASE TO MEDIATION

The Court ORDERS this case to private mediation, with mediation to be completed and ADR report filed by Monday, December 1, 2025.

Nothing about the Court's referral to mediation prevents the parties from engaging in counsel-to-counsel negotiations and resolving the case prior to mediation. However, the parties should promptly notify the Court if they resolve the case so that an administrative closing order may be entered. Additionally, all remaining deadlines in the Court's specialized scheduling order remain in place. *See* [Doc. No. 27].

IT IS SO ORDERED this 3rd day of September 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE