## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-24-01323-JD |
| ELEVATE HEALTH, LLC, | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| ACQUITY, LLC, | ) ) | |
| Third-Party Defendant. | ) | |

## ORDER TO PLAINTIFF TO SHOW CAUSE

As explained below, Defendant/Third-Party Plaintiff Elevate Health, LLC

("Elevate Health") is ORDERED to show cause in writing within fourteen (14) days of

the date of this Order why service has not been timely made on Third-Party Defendant

Acquity, LLC. In the absence of such a showing, Elevate Health's Third-Party Complaint

against Third-Party Defendant Acquity, LLC may be dismissed without prejudice under

Federal Rule of Civil Procedure 4(m).

Elevate Health filed its Third-Party Complaint on July 1, 2025. [Doc. No. 32].

Summons issued on July 1, 2025. [Doc. No. 33]. Upon review of the docket, the Court

sees no indication that Third-Party Defendant Acquity, LLC has been served with Elevate

Health's Third-Party Complaint and summons. [Doc. Nos. 32, 33].

Federal Rule of Civil Procedure 4(m) states in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." To the extent Third-Party Defendant has been served or has waived service, Federal Rule of Civil Procedure 4 requires the filing of either (1) proof of service or (2) waiver of service. Elevate Health has filed neither.

Because there is no indication in the record that service has been obtained on the Third-Party Defendant, Elevate Health is ORDERED to show cause in writing within fourteen (14) days of the date of this Order why service has not been timely made upon the Third-Party Defendant. In lieu of filing a response to this show cause order, within fourteen (14) days, Elevate Health may file a written proof of service or waiver of service for the Third-Party Defendant, or may file a stipulation of voluntary dismissal as to the Third-Party Defendant that complies with Federal Rule of Civil Procedure 41. Otherwise, in the absence of a showing or other filing by Elevate Health, the Court may dismiss Elevate Health's Third-Party Complaint without prejudice.

IT IS SO ORDERED this 7th day of October 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2