### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ELEVATE HEALTH LLC, <br><br> Defendant. <br> vs. <br><br> ACQUITY, LLC <br><br> Third-Party Defendant. | Case No. 5:24-cv-01323-JD |

### **PROOF OF SERVICE BY CERTIFIED MAIL**

I certify that true and correct copies of the Summons [Doc. 33] together with a copy of the Third-Party Complaint [Doc. 32] were served upon Acquity, LLC via Certified Mail Restricted Delivery, Return Receipt Requested, and delivery restricted to the addressee (Acquity, LLC c/o Joshua Grant Kidd, Registered Agent, 6744 Spencer Street, Las Vegas, NV 89119) on the 7th day of July, 2025, and that proof of service is attached hereto as Exhibit 1.

1

Respectfully submitted,

*s/Amy Sherry Fischer*
Amy Sherry Fischer-OBA# 16651
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
amyfischer@oklahomacounsel.com

Errol J. King, Jr. (admitted *pro hac vice*)
Katherine C. Mannino (admitted *pro hac vice*)
Taylor J. Crousillac (admitted *pro hac vice*)
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 376-0285
errol.king@phelps.com
katie.mannino@phelps.com
taylor.crousillac@phelps.com

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF ELEVATE HEALTH LLC**

## **CERTIFICATE OF SERVICE**

[X] I hereby certify that on this 13th day of October, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone: 215-225-5529
Facsimile 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
a@perronglaw.com

Attorney for Plaintiff

*s/Amy Sherry Fischer*

3