# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70153010000095804902

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 2:50 pm on July 7, 2025 in LAS VEGAS, NV 89119.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
LAS VEGAS, NV 89119
July 7, 2025, 2:50 pm

**Redelivery Scheduled for Next Business Day**
LAS VEGAS, NV 89119
July 5, 2025, 3:41 pm

**Departed USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
July 5, 2025, 8:30 am

**Arrived at USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
July 4, 2025, 3:08 pm

**Departed USPS Regional Facility**
OKLAHOMA CITY OK DISTRIBUTION CENTER
July 3, 2025, 7:51 am

**Arrived at USPS Regional Facility**

Feedback

**EXHIBIT 1**

OKLAHOMA CITY OK DISTRIBUTION CENTER
July 2, 2025, 11:31 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌃

**Postal Product:**                          **Features:**
                                             Certified Mail™

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**EXHIBIT 1**

10/7/25, 12:28 PM                                              USPS Tracking Intranet

Help

**Product Tracking & Reporting**                           UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information                October 07, 2025

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7015 3010 0000 9580 4902

This item was delivered on 07/07/2025 at 14:50:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

**EXHIBIT 1**