IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: October 17, 2025

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>       Defendant. | Case No. CIV-24-01323-JD |

**<u>ENTER ORDER:</u>**

      Following the Court's Order to Show Cause Directed at Defendant/Third-Party Plaintiff Elevate Health, LLC ("Elevate Health"), Elevate Health filed proof of service [Doc. No. 36]. Without opining on whether service has been properly effectuated, the Court's Show Cause Order [Doc. No. 35] is satisfied by Elevate Health's timely filing.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                JOAN KANE, CLERK

                                By:  */s/ Carol Ditta*
                                         Deputy Clerk