IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 5:24-cv-1323 |

## PARTIES' STATUS REPORT

In accordance with the scheduling order entered in this case, the parties submit the following status report:

Discovery has been proceeding in this matter. Plaintiff served her initial set of discovery on Elevate on February 27, 2025, and Defendant served its first set of discovery on April 4, 2025. Although the Plaintiff identified deficiencies in the responses, Plaintiff also identified the necessity of third-party discovery to various parties and desired to first address that discovery and potentially rectify deficiencies with information not in Defendant's possession. Accordingly, Plaintiff served various subpoenas throughout April, May, and June of 2025, including on 1 Speed Holdings, LLC, a vendor involved in the provision of leads, four different telephone companies, among others, including third-party Defendant Acquity (before it was made a party). Plaintiff has received no response to his subpoena to Acquity nor another company, Esotech Inc., who was identified through a phone company subpoena for one of the numbers at issue. Discovery has also revealed that Acquity ultimately used a telephone system from the service provider Convoso to make the calls at issue, production from which was initially deficient. Due

to personal issues with Convoso's counsel, Convoso only made a more complete production on October 30, 2025.

The parties are in the process of evaluating the Convoso production, as well as tying up loose ends with respect to discovery deficiencies, including scheduling meet and confer conversations and preparing motions practice with respect to Acquity and Esotech's lack of response. Any motion to compel a subpoena responses from Esotech would be in the Northern District of Texas, where Esotech is located. Plaintiff intends to notice a deposition in late November or December, though may notice sometime in early January owing to the Holiday Season.

Once the parties have had the opportunity to review the Convoso production, as well as secure expert analysis thereof, they will be able to ascertain whether additional production from Convoso is necessary, as well as evaluate this case in terms of a potential resolution posture, as well.

RESPECTFULLY SUBMITTED AND DATED October 31, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, a copy of the foregoing was served via ECF.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff*