## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. CIV-24-01323-JD<br>)<br>)<br>)<br>)<br>) |

### SHOW CAUSE ORDER

The Court orders the parties to show cause why they have failed to comply with the Court's Orders of March 31, 2025 [Doc. No. 27 ¶ 17] and September 3, 2025 [Doc. No. 34]. In those Orders, the Court required the parties to complete mediation and file an ADR report by December 1, 2025. The parties did not file an ADR report in compliance with the deadline in the Court's Orders, nor did they seek leave to modify the deadline in advance of its expiration.

The Court therefore **ORDERS** the parties to show cause in a joint written response to this Order by **Monday, December 22, 2025**, why they did not comply with the Court's Orders. If the case has settled or if the parties are in the process of finalizing a settlement of the case, they should notify the Court and seek to enter an administrative closing order so that further deadlines in the Specialized Scheduling Order do not run. If the action has settled, the Court will strike the deadline in this show cause order as unnecessary.

The Court warns the parties and their counsel that failure to comply with the Court's Orders may result in sanctions, which may, among other things, include dismissal of the action. *See* Fed. R. Civ. P. 41; 16(f).

IT IS SO ORDERED this 15th day of December 2025.

                                                JODI W. DISHMAN
                                                UNITED STATES DISTRICT JUDGE