IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: December 22, 2025

| | | |
|---|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. CIV-24-01323-JD |
| v. | ) ) | |
| ELEVATE HEALTH, LLC, | ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

     Upon review of the Joint Response to Show Cause Order [Doc. No. 41], the Court's Show Cause Order [Doc. No. 40] is satisfied. The Court cautions the parties that the deadlines in their specialized scheduling order continue to run and that they should promptly file a notice with the Court if a bankruptcy petition is filed.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                      JOAN KANE, CLERK

                                      By:  */s/ Carol Ditta*
                                                  Deputy Clerk