## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | : : CIVIL ACTION FILE NO. 5:24-cv-1323 |
| Plaintiff, | : |
| v. | : |
| ELEVATE HEALTH LLC | : |
| Defendant. | : |

## ELEVATE HEALTH LLC'S
## NOTICE OF FILING OF BANKRUPTCY PETITION

PLEASE TAKE NOTICE that on December 23, 2025, Elevate Health LLC ("Elevate") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Louisiana, Case No. 25-13062. A copy of the voluntary petition is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that pursuant to § 362(a) of the Bankruptcy Code, Elevate's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against Elevate (i) that were or could have been commenced before the commencement of Elevate's bankruptcy case, or (ii) to recover any claims against Elevate that arose before the commencement of Elevate's bankruptcy case; (b) the enforcement, against Elevate or against any property of Elevate's bankruptcy estate of a judgment obtained before the commencement of Elevate's bankruptcy case; or (c) any act to obtain possession of property of or

from Elevate's bankruptcy estate, or to exercise control over property of Elevate's bankruptcy estate.

RESPECTFULLY SUBMITTED AND DATED January 5, 2026

*/s/ Amy Sherry Fischer*
Amy Sherry Fischer
**Foliart, Huff, Ottaway & Bottom**
201 Robert S. Kerr, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
amyfischer@oklahomacounsel.com

Errol J. King, Jr. (*pro hac vice*)
Katherine C. Mannino (*pro hac vice*)
Taylor J. Crousillac (*pro hac vice*)
**PHELPS DUNBAR LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
errol.king@phelps.com
katie.mannino@phelps.com
taylor.crousillac@phelps.com

*Attorneys for Defendant, Elevate Health, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing was served via ECF.

*/s/ Amy Sherry Fischer*
Amy Sherry Fischer
**Foliart, Huff, Ottaway & Bottom**
201 Robert S. Kerr, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
amyfischer@oklahomacounsel.com

*Attorneys for Defendant, Elevate Health, LLC*