# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVATE HEALTH, LLC,<br><br>Defendant. | Case No. CIV-24-01323-JD |

## ADMINISTRATIVE CLOSING ORDER

Before the Court is Defendant Elevate Health, LLC's Notice of Filing of Bankruptcy Petition. [*See* Doc. No. 43; *see also* Doc. No. 43-1]. Upon Defendant's Notice, the Clerk is hereby ordered to administratively terminate this action in her records pending the completion of the bankruptcy action in the United States Bankruptcy Court for the Eastern District of Louisiana, *In re Elevate Health, LLC*, Case No. 25-13062, or until the automatic stay in bankruptcy is no longer in effect.

If the automatic stay in bankruptcy is lifted, a party may move to reopen this action within 30 days thereafter. Otherwise, a party may move to reopen this action within 30 days of the completion of the bankruptcy action. If no party moves to reopen within that time period, this action will be deemed dismissed, which, depending on the circumstances of the case, could operate as a dismissal with prejudice.

IT IS SO ORDERED this 14th day of January 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE